WILLIAM D. WALTON and another *v.* THE LOUISIANA STATE MARINE AND FIRE INSURANCE COMPANY.

Where a verdict had been found, but no final judgment rendered, and defendant appealed on the refusal to grant a new trial, the appeal will be dismissed.

APPEAL from the Commercial Court of New Orleans, *Watts*, J.

*G. Strawbridge,* for the appellants.

*L. Janin,* for the defendants.

MARTIN, J.* In this case the plaintiffs had a verdict, which the court ordered to be recorded. Being dissatisfied therewith, they moved for a new trial, which was refused. The judge expressed his dissatisfaction with the verdict, but stated that the case presented a mere question of law, which he thought best to submit to the decision of this tribunal; whereupon, he omitted to give any judgment on the verdict. The appeal cannot be sustained, on the denial of a new trial; nor until there be a final judgment.

*Appeal dismissed.*

---

* MORPHY, J., being interested, did not sit on the trial of this case.